IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LONNIE McVICKERS                                                           PLAINTIFF

VS.                                          CASE NO. 08-CV-1053

JEFFREY C. ROGERS,
Prosecuting Attorney; and
ROBERT JEFFERICE,
Public Defender                                                            DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed herein on September 11, 2008, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 5). Ten (10) days have passed without objections being filed by the parties. The Court hereby adopts *in toto* the Magistrate Judge's findings and recommendations.

Accordingly, the Court finds that the Plaintiff's Complaint should be and hereby is dismissed as frivolous, for failing to state a claim upon which relief may be granted and for seeking relief against a Defendant who is immune from suit. *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii).

IT IS SO ORDERED, this 7th day of October, 2008.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge